IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICKEY DALE NEWMAN                                PETITIONER

    V.                        Civil No. 05-2107

LARRY NORRIS, Director of
Arkansas Department of Corrections             RESPONDENT

## **SCHEDULING ORDER**

On October 13, 2005, the Court granted Petitioner's motion for order permitting access to Petitioner for Psychological Evaluation. (Doc. 12.) On December 30, 2005, Petitioner filed a Petition for Writ of Habeas Corpus (Doc. 13), and Respondent filed a Response on March 1, 2006 (Doc. 20). On March 7, 2006, the Court granted Petitioner's motion for leave to conduct discovery. (Doc. 21.) On April 25, 2006, the Court denied Petitioner's second motion for order permitting access to Petitioner for Psychological Evaluation. (Doc. 27.)

In order to efficiently and effectively review Petitioner's case, the Court has determined that discovery and any outstanding issues concerning the presentation of evidence on the issue of mental incompetence/retardation needs to be resolved in a timely fashion. Upon due consideration, the Court orders the following briefing schedule for discovery and certain motions regarding Petitioner's mental incompetence/retardation claim:

    \*   Discovery will be completed by **August 31, 2006.**

* Motions regarding any additional information Petitioner would like the Court to consider in relation to the mental incompetence/retardation claim (such as motions for leave to file a supplemental and/or amended Petition, to supplement the record, and for an evidentiary hearing) must be filed by **September 29, 2006.**

Petitioner's failure to file the above mentioned motions will constitute notice to the Court that Petitioner does not intend to present additional evidence regarding the mental incompetence/retardation claim.

IT IS SO ORDERED this the 13st day of June 2006.

/S/ Robert T. Dawson
ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE